## TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Appellant

v.

## SYMANTEC CORPORATION, Cross-Appellant

### 2016-2551
### 2016-2554
### 2016-2630
### 2016-2631

United States Court of Appeals, Federal Circuit.

March 13, 2018

DAVID ISAAC GINDLER, Irell & Manella LLP, Los Angeles, CA, argued for appel-

lant. Also represented by MICHAEL RICHARD FLEMING, JASON SHEASBY, GAVIN SNYDER, HONG ANNITA ZHONG.

MICHAEL JOHN SACKSTEDER, Fenwick & West, LLP, San Francisco, CA, argued for cross-appellant. Also represented by DARGAYE CHURNET, BRIAN MICHAEL HOFFMAN.

(Prost, Mayer and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**